**United States District Court**
**Violation Notice**

CVB
WW13

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4113367 | Johnson | J9386 |

4113367

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 12/06/2015 / 1900 | 18 USC 113 |

Place of Offense: 2023 Evergreen Way, JBLM, WA

HAZMAT ☐

Offense Description: Factual Basis for Charge

Assault

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| Hernandez | Andrea | |

Tag No. | State | Year | Make/Model | PASS ☐ | Color

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

MCA

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address | Date (mm/dd/yyyy) | Time (hh:mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: mailed

(Rev. 01/2011)   Original - CVB Copy

CVB SCAN MAY 26, 2016 10:34

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 06 DEC, 20 15 while exercising my duties as a law enforcement officer in the Western District of Washington

The foregoing statement is based upon:
☐ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/10/2016    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident, PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN MAY 26, 2016 10:34