```
_____ FILED  _____ LODGED
       _____ RECEIVED

       July 21, 2016

   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR16-5347 |
| Plaintiff, | |
| v. | INFORMATION |
| ANDREA HERNANDEZ, | (Misdemeanor) |
| Defendant. | |

The United States Attorney charges that:

## COUNT I

On or about December 6, 2015, at Joint Base Lewis-McChord, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, ANDREA HERNANDEZ did assault, by striking, beating or wounding, H.M.R.

All in violation of Title 18, United States Code, Sections 7 and 113(a)(4).

## COUNT II

On or about December 6, 2015, at Joint Base Lewis-McChord, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, ANDREA HERNANDEZ did unlawfully carry and display a knife in a manner, under circumstances, and at a time and place that either manifested an intent to intimidate another or that warranted alarm for the safety of other persons.

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, Washington 98433-9500
(253) 477-1905 – (253) 477-1919 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil

All in violation of Title 18, United States Code, Sections 7 and 13, and RCW 9.41.270.

DATED this 20th day of July, 2016.

ANNETTE L. HAYES
United States Attorney

_____
ELLIS R. CORTEZ
Special Assistant United States Attorney

INFORMATION - Page 2
United States v. ANDREA HERNANDEZ

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, Washington 98433-9500
(253) 477-1905 – (253) 477-1919 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil