
FILED
AUG 16 2016
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY

MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA HERNANDEZ,<br><br>Defendant. | No 16-CR-5347 CVB<br><br>DEFENDANT'S WAIVER<br>OF PRESENCE AT ARRAIGNMENT |

I, Andrea Hernandez, having been advised by my attorney of my right to be present at the arraignment, pursuant to Rule 10 and 43 of the Federal Rules of Criminal Procedure, hereby waive my presence at that hearing.

I have received a copy of the Information filed against me. I understand I am charged by a misdemeanor offense and the offense is punishable by fine or by imprisonment for not more than one year, or both. I wish to enter a plea of not guilty to the charge.

I am unable to be present at the arraignment because I now reside in Florida, as I am separated from my military spouse and I have no other ties to Washington State. It would be a great financial burden to come to Washington State for my arraignment on this charge, scheduled for August 16, 2016.

DATED this \_\_11\_\_ day of August, 2016.

Respectfully submitted,

_____
ANDREA HERNANDEZ, Defendant

DEFENDANT'S WAIVER OF PRESENCE
(U.S. v. Hernandez, CR 16-5347 CVB) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710